UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MITKA,<br><br>                Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | CASE NO. C19-193-MJP-BAT<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

The Court GRANTS petitioner's unopposed motion for extension of time. Dkt. 11. The Clerk shall RE-NOTE the Government's motion to dismiss, Dkt. 9, for **May 31, 2019**. Petitioner may file a response by **May 27, 2019**, and the Government may file a reply by the noting date.

DATED this 30th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1